UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

RODOLFO ZAMBRANO

Defendant.

No. 19-378 (DLI)

**STIPULATION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The parties, by and through counsel, hereby stipulate that:

1. The defendant waives his right to appear at the detention hearing.

2. Following the hearing, if the Magistrate Judge determines that the defendant should be released, the defendant will be released directly from MDC Brooklyn, rather than being brought to the federal courthouse for release.

3. The defendant will comply with all conditions ordered by the Magistrate Judge in the bond attached to this stipulation. Violating any of the conditions of release may result in the immediate issuance of an arrest warrant, a revocation of release, an order of detention, the forfeiture of the bond and a prosecution for contempt of court, and could result in imprisonment, a fine, or both.

4. If the Magistrate Judge determines that the defendant should be released, the defendant and any suretors do not object to the Magistrate Judge signing the physical bond on their behalf, and the defendant and any suretors will confirm this telephonically prior to the defendant's release. If the defendant is not permitted the use of a telephone to provide such

confirmation prior to his release, the defendant will do so in a telephone conference to be set by the Magistrate Judge as soon as practicable following his release.

5.  When the Magistrate Judge sets a conference by telephone, the defendant, his counsel, the Assistant U.S. Attorney will appear by telephone as directed.

Stipulated and agreed this 6th day of April, 2020:

| /s/ Jennifer M. Sasso | /s/ Jeremy Gutman |
|---|---|
| Assistant U.S. Attorney | Defense Counsel |
| Name: Jennifer M. Sasso | Jeremy Gutman |

**SO ORDERED:** *Cheryl Pollak*   April 7, 2020
**U.S. Magistrate Judge**