## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Cheryl L. Pollak**              DATE :   **4/9/20**

DOCKET NUMBER:     **19CR378(DLI)**            LOG #:/Court Reporter   **Stacy Mace**

DEFENDANT'S NAME :     **Rodolfo Zambrano**
   ___ Present    **X** Not Present     **X** Custody     ___ Bail

DEFENSE COUNSEL:   **Jeremy Gutman**
   ___ Federal Defender   **X** CJA     ___ Retained

A.U.S.A:   **Jennifer Sasso**            CLERK:   **Felix Chin**

INTERPRETER :                       (Language)

___ Defendant arraigned on the :  ___ indictment  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

**X** DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge

Other Rulings :   **All parties appeared via teleconference. Dfse counsel waived dft's appearance. Pretrial Service Officer Celine Ferguson appeared via teleconference. Dfse counsel presented a bail application citing dft's medical condition; govt opposed based on risk of flight and danger to the community; court denied the application. Order of detention remains in effect.**